IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Century 21 Real Estate LLC,           )
                                      )     2:11-cv-0712-GEB-EFB
              Plaintiff,              )
                                      )
        v.                            )     ORDER
                                      )
North State Properties, LLC,          )
Lester Fox, Fidel Martinez, Jr.,      )
                                      )
              Defendants.             )
_____       )

        Plaintiff's motion for summary judgment, which was filed on February 10, 2012, was submitted for decision on March 8, 2012, since no party filed a response to the motion. However, after the motion was submitted, Defendant Lester Fox filed a "Notice of Bankruptcy" in which he states he "has filed a bankruptcy petition in the United States Bankruptcy Court for the Eastern District of California, . . . thereby invoking the provisions of the automatic stay under Section 362 of the Bankruptcy code 11 U.S.C." (ECF No. 22.)

        Therefore, within fourteen days of the date on which this Order is filed, each non-bankrupt party shall file a brief on how 11 U.S.C. § 362 affects further proceedings involving the non-bankrupt parties. Further, Plaintiff shall include in its brief the effect that the automatic stay has on the relief it seeks in its summary judgment motion.

Dated:  March 13, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1