1  LISA K. GARNER (SBN: 155554)
   AARON P. RUDIN (SBN: 223004)
2  GORDON & REES LLP
   633 West Fifth Street, Suite 5200
3  Los Angeles, CA 90071
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470
   E-mail: lgarner@gordonrees.com;
5  arudin@gordonrees.com
   Attorneys for Plaintiff
6  CENTURY 21 REAL ESTATE LLC

7

8                UNITED STATE DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11 | CENTURY 21 REAL ESTATE LLC, a         )  CASE NO. 2:11-cv-00712-GEB -EFB
   | Delaware Limited Liability Company,   )
12 |                                       )  **[PROPOSED] ORDER GRANTING**
   |                                       )  **REQUEST FOR DISMISSAL OF**
13 |           Plaintiff,                  )  **ACTION AS TO DEFENDANT LESTER**
   |                                       )  **FOX**
14 |                                       )
   |     vs.                               )  Complaint filed March 14, 2011
15 |                                       )
   |                                       )  .
16 | NORTH STATE PROPERTIES, LLC, a        )
   | California corporation doing business as )
17 | CENTURY 21 NORTH STATE PROPERTIES; )
   | LESTER FOX, an individual; and FIDEL  )
18 | MARTINEZ, JR., an individual          )
   |                                       )
19 |                                       )
   |                                       )
20 |           Defendants.                 )
   |                                       )
21

22       Having read and duly considered the Notice of Bankruptcy Discharge and Request for

23  Dismissal as to Defendant Lester Fox, and finding good cause therefore, the Court hereby Orders

24  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

25  / / /

26  / / /

27  / / /

28  / / /

1   Century 21 Real Estate LLC's Complaint filed on March 14, 2011, is hereby dismissed
2   without prejudice as to defendant Lester Fox.

    IT IS SO ORDERED.

    **Date: 7/10/2012**

    _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge

-2-
NOTICE OF BANKRUPTCY DISCHARGE/REQUEST FOR DISMISSAL